JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

JORGE A. COVARRUBIAS, ) CV 12-2562-CAS (SH)
)
Petitioner, ) JUDGMENT
)
v. )
)
RANDY GROUNDS, et al., )
)
Respondents. )

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: January 3, 2013

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE